*E-filed on* **11/16/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BANSHI D. MALVIYA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, SAN JOSE POLICE CHIEF, MR. ROBERT DAVIES, RON GONZALES, MAYOR OF THE CITY OF SAN JOSE, POLICE OFFICER JOHN WEST, and SAN JOSE CITY MANAGER,<br><br>　　　　Defendants. | Case No.: C-05-05427 RMW<br><br>**ORDER OF DISMISSAL** |

　　This matter came on regularly for a Case Management Conference on October 6, 2006. Plaintiff did not appear and has not filed an amended complaint in accordance with the deadline for an amended complaint set forth in the court's order of dismissal with leave to amend dated August 31, 2006. Therefore,

　　IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with prejudice and judgment is to be entered in favor of defendants and against plaintiff.

DATED:　11/16/06

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL
C-05-05427 RMW

**A copy of this order was provided to:**

**Counsel for Plaintiff:**

Banshi D. Malviya
2236 Farmcrest Street
Milpitas, CA 95035
408-946-6377
PRO SE

**Counsel for Defendants:**

Richard Doyle
Nora Friman
Robert Burchfiel
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113-1905
408-535-1500
cao.main@sanjoseca.gov

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**Dated:**   11/16/06                          JG
                                               **Chambers of Judge Whyte**

ORDER OF DISMISSAL
C-05-05427 RMW

2